110

**Lester L. CLYMER, Appellant, v. UNITED STATES of America, Appellee.**

No. 9796.

Circuit Court of Appeals, Sixth Circuit.

Dec. 14, 1944.

Percy R. Taylor, of Toledo, Ohio, and Howard F. Guthery, of Marion, Ohio, for appellant.

Don C. Miller, of Cleveland, Ohio, Lawrence E. Duffy, of Toledo, Ohio, and Norman M. Littell and Vernon L. Wilkinson, both of Washington, D. C., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This land condemnation suit having been heard and duly considered upon the record and the oral arguments and briefs of attorneys, on appeal of the plaintiff landowner from a compensatory judgment for $39,240, entered on the verdict of the jury, in the United States District Court for the Northern District of Ohio, Western Division; and no prejudicial error appearing to have been committed upon the proceedings and trial in the district court, the judgment is affirmed.

**Sylvia Filbert DRIVER, Executrix of the Estate of John M. Driver, Deceased, Appellant, v. SHELLMAR PRODUCTS COMPANY, Appellee.**

No. 9781.

Circuit Court of Appeals, Sixth Circuit.

Dec. 14, 1944.

Warren H. F. Schmieding, of Columbus, Ohio, for appellant.

Franklin M. Warden and Cromwell, Greist & Warden, all of Chicago, Ill., and Corbett, Mahoney & Miller, of Columbus, Ohio, for appellee.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

After oral argument and upon consideration of briefs filed, it is ordered that the decree of the District Court be affirmed for the reasons stated in the trial court's findings of fact and conclusions of law. It does not appear from the record that there has been an error of law or conclusion of fact unwarranted by evidence.

**Kenneth R. FOSTER, Appellant, v. H. A. WEINLAND and Irene Weinland, Appellees.**

No. 10876.

Circuit Court of Appeals, Ninth Circuit.

Dec. 18, 1944.

Charles A. Christin, of San Francisco, Cal., for appellant.

Murphy & Brownscombe, of Santa Rosa, Cal., for appellees.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

This cause coming on regularly before the Court on failure of appellant to pay docket fee and estimated expense of printing record, as required by the rules of this Court, and good cause therefor appearing, ordered appeal herein dismissed for failure of appellant to pay docket fee and estimated expense of printing record, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue as provided in Rule 28.